■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. NEAL BOYE. (B) THE PEOPLE OF THE STATE OF NEW YORK v. VERNON LINDSEY. (C) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM R. HOLLEY, JR. (D) THE PEOPLE OF

THE STATE OF NEW YORK v. JOHN MOESEL. (E) THE PEOPLE OF THE STATE OF NEW YORK v. HOWARD R. COE. (F) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM MOORE.— [In each action] Motion granted and time for argument of appeal enlarged to include November 1961 Term.